[This opinion has been published in *Ohio Official Reports* at 88 Ohio St.3d 1230.]

YORK ET AL., APPELLANTS AND CROSS-APPELLEES, *v*. MAYFIELD NEUROLOGICAL INSTITUTE, INC. ET AL., APPELLEES AND CROSS-APPELLANTS.

[Cite as *York v. Mayfield Neurological Inst., Inc.*, 2000-Ohio-323.]

*Appeal dismissed as improvidently allowed.*

(No. 99-924—Submitted February 9, 2000—Decided March 29, 2000.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Butler County, Nos. CA96-08-164 and CA97-03-057.

————————————

*Holbrock & Jonson Co., L.P.A., Michael D. Shanks* and *Timothy R. Evans*, for appellants and cross-appellees.

*Taft, Stettinius & Hollister, L.L.P., James M. Hall, Jr.*, and *Marcia V. Andrew; Rendigs, Fry, Kiely & Dennis, L.L.P.*, and *David W. Peck*, for appellees and cross-appellants.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————